IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| ASHLEY COLEMAN, #2287214, | § | |
|---|---|---|
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. 3:21-CV-590-K-BK |
| | § | |
| | § | |
| DALLAS POLICE DEPARTMENT, | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections, and the Court has made a de novo review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. SO ORDERED.

Signed June 2nd, 2021.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE